UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAE FRANCES WARE-JACKSON,

    Plaintiff,

v.                                        Case No: 8:15-cv-1431-T-36AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation, filed by Magistrate Judge Anthony E. Porcelli on August 2, 2017 (Doc. 44). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Plaintiff's Motion for Another Hearing be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 44) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Another Hearing (Doc. 43) is DENIED.

**DONE AND ORDERED** at Tampa, Florida on August 23, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record